RECEIVED
IN ALEXANDRIA, LA.

MAR 0 2 2010

TONY R. MOORE  CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD BLACK<br>    LA. DOC #121276<br>VS. | CIVIL ACTION NO. 09-1966<br><br>SECTION P<br><br>JUDGE DRELL |
| WARDEN TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** plaintiff's complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___2nd___ day of March, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE